UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

WILLIAM EMANUEL,

                Plaintiff,                11-cv-2720-NGG -VVP

    -against-

THE TRI-BOROUGH BRIDGE AND TUNNEL
AUTHORITY, *et al*,

                Defendant.

-------------------------------------------------------------------- X

### JOINT STIPULATION OF SETTLEMENT AND DISCONTINUANCE

      **THIS CAUSE** having been amicably settled between the plaintiff, William Emanuel, and defendants, The Tri-Borough Bridge And Tunnel Authority, Tri-Borough bridge and Tunnel Authority Police Officer Bruce Eikeseth, shield #2676, and Tri-Borough Bridge and Tunnel Authority Police Officer Joseph Vassallio, shield # 2283, for $10,000.00, inclusive of attorneys fees, to be paid by said defendants to the plaintiff, it is hereby stipulated and agreed by and between their undersigned counsel that this cause be dismissed with prejudice, with the parties to bear their respective costs and that an Order to that effect may be entered without further notice. It is further

      **STIPULATED and AGREED** by and between the plaintiff and the defendant that the plaintiff shall satisfy all liens and subrogated interests arising from the captioned claim out of the settlement proceeds herein, and that the Defendant is hereby discharged from any further responsibilities with respect to any such liens and subrogated interests. It is further

      **STIPULATED and AGREED** by and between the parties hereto that the Court shall retain jurisdiction over this matter for the purposes of enforcing the terms of the parties' settlement and adjudicating any claimed liens on the settlement proceeds of this action.

Dated: Brooklyn, New York
       April 12, 2012

| | |
|---|---|
| _____/S/_____ | _____/S/_____ |
| John Vincent Wynne | Daniel Shimko |
| BARRY, MCTIERNAN & MOORE | THE BERKMAN LAW OFFICE, LLC |
| *Attorneys for Defendants* | *Attorneys for Plaintiff(s)* |
| *The Tri-Borough Bridge And Tunnel Authority, Tri-Borough bridge and Tunnel Authority Police Officer Bruce Eikeseth, shield #2676, and Tri-Borough Bridge and Tunnel Authority Police Officer Joseph Vassallio, shield # 2283* | *William Emanuel* |
| 2 Rector Street - 14 Floor | 111 Livingston Street- Suite 1928 |
| New York, NY 10006 | Brooklyn, New York 11201 |
| 212-313-3600 | Phone: 718.855.3627 |
| Fax: 212-608-8901 | |